COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      In the Interest of J.W., A Child

Appellate case number:    01-18-00932-CV

Trial court case number:  2017-CI-23182

Trial court:              131st District Court of Bexar County

On March 4, 2019, appellant filed appellant's brief. Appellee had a briefing deadline of April 3, 2019 in which to file a brief, but no brief has been filed. On April 10, 2019, we notified appellee that we would set the case for submission without an appellee's brief unless appellee filed (1) a motion to extend time to file the brief or (2) a brief accompanied by a motion to extend time. Appellee has neither filed a motion to extend time or an appellee's brief. Accordingly, the case is hereby set at issue.

The time for filing the APPELLEE'S brief has expired. *See* TEX. R. APP. P. 38.6(b). Further, appellee's deadline for responding to the notice issued by this Court on April 10, 2019, requiring appellee to file either a brief or a motion to extend time to file a brief, has expired. Accordingly, this case is now at issue and ready to be set for submission. We overrule appellant's motion to set the case at issue as moot.

.

It is so **ORDERED**.

Judge's signature: ____/s/ Sherry Radack_____
                      ☒ Acting individually    ☐ Acting for the Court

Date: __July 2, 2019___